# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 19-cv-2451-RM-KMT

PATENTBOOKS, INC., a Delaware Corporation,

    Plaintiff,

v.

DR. DORNE SOWERBY, an individual; and
DOES 1-10, INCLUSIVE,

    Defendants.

# ORDER

This matter is before the Court on Plaintiff's response (ECF No. 22) and amended complaint (ECF No. 21), both filed in response to the Order to Show Cause (ECF No. 20) as to why this action should not be dismissed without prejudice for lack of subject matter jurisdiction. Upon review of the filings, the Court finds and orders as follows.

First, Plaintiff's amended complaint fails to comply with D.C.COLO.LCivR 15.1(a); therefore, it is STRICKEN. Second, even if the amended complaint were to be accepted, the allegations are insufficient to show subject matter jurisdiction based on diversity exists. Specifically, because Plaintiff is allegedly a Delaware corporation with its principal place of business in Colorado, it is a citizen of Delaware *and* Colorado. 28 U.S.C. § 1332(c)(1). Plaintiff's filings, however, allege that Defendant is and was not domiciled in Colorado but fails to address whether he was or was not domiciled in Delaware, *see* 28 U.S.C. § 1332(a)(2),[1] at the time the action was filed. *Iowa Tribe Of Kansas & Nebraska v. Salazar*, 607 F.3d 1225, 1232

---

[1] As Plaintiff does not assert otherwise, the Court assumes the exception in § 1332(a)(2) applies.

(10th Cir. 2010) (diversity jurisdiction determined at time of filing of action).  Thus, diversity jurisdiction has not been shown.  The Court, however, will allow Plaintiff one more opportunity to show that subject matter jurisdiction exists.  Accordingly, it is **ORDERED**

    (1) That the amended complaint (ECF No. 21) is hereby STRICKEN, without prejudice to refiling in compliance with all applicable rules; and

    (2) That on or before Monday, January 13, 2019, Plaintiff may supplement its response to the Order to Show Cause.

DATED this 6th day of January, 2020.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge